**Dismissed and Memorandum Opinion filed April 23, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00239-CV

**VIRINDIR SAINI, Appellant**

**V.**

**JUDY TURNER, Appellee**

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-52447**

## M E M O R A N D U M   O P I N I O N

This is a restricted appeal from a judgment signed July 3, 2014. On March 12, 2015, appellant filed a notice of withdrawal of his notice of restricted appeal, which we have construed as a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Chief Justice Frost and Justices Jamison and Busby.